## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
* * * * * * * * *

TRUSTEES FOR THE MICHIGAN LABORERS' COUNCIL PENSION FUND, TRUSTEES FOR THE MICHIGAN LABORERS' COUNCIL HEALTH CARE FUND, TRUSTEES FOR THE MICHIGAN LABORERS' COUNCIL ANNUITY FUND, TRUSTEES FOR THE MICHIGAN LABORERS' COUNCIL TRAINING AND EDUCATION FUND, TRUSTEES FOR THE MICHIGAN LABORERS' COUNCIL AND TRUSTEES FOR THE MICHIGAN LMT FUND AND MICHIGAN LABORERS' VACATION FUND,

Docket No.: 4:02 cv 10

Honorable Gordon J. Quist
U.S. District Judge

Honorable Hugh W. Brenneman, Jr.
U.S. Magistrate Judge

  Plaintiffs,

v.

STREETER BROTHERS, INC., a Michigan corporation,

  Defendant.
_____/

SCOTT GRAHAM
Howard & Howard Attorneys, P.C.
Attorneys for Plaintiffs
151 South Rose Street, Suite 800
Kalamazoo, Michigan 49007
(269) 382-1483

GEORGE KILLEEN
Attorney for Defendant
4085 Lapeer Road
Burton, Michigan 48509
(810) 767-6262
_____/

## STIPULATED ORDER ON PLAINTIFFS' MOTION FOR CONTEMPT FINDING

AT A SESSION OF THE U.S. DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN
HELD ON THE  2nd  DAY OF MAY, 2008

PRESENT: THE HONORABLE HUGH W. BRENNEMAN, JR.
U.S. MAGISTRATE JUDGE

  This matter coming before the Court on Plaintiffs' Motion for Contempt Finding, and the Court having scheduled a hearing on the motion for April 28, 2008, and the parties having advised the Court

that the disputed issues contained in the motion have been resolved to the satisfaction of the parties, and Plaintiffs' counsel having appeared before the Court in order to advise the Court of the agreement, and the parties having indicated their consent to the entry of the Stipulated Order based on the signatures of counsel below, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Streeter Brothers, Inc. shall pay to the Plaintiffs the total sum of Eighteen Thousand Four Hundred Ninety Four and 60/100 Dollars ($18,494.60);

**IT IS FURTHER ORDERED** that this amount shall be paid in four (4) consecutive monthly installments with the first payment due on or before June 1, 2008.

**IT IS FURTHER ORDERED** that the entry of this Stipulated Order resolves all aspects of the present motion.

/s/ Hugh W. Brenneman, Jr.
Honorable Hugh W. Brenneman, Jr.
U.S. Magistrate Judge

**APPROVED:**

/s/ Scott Graham
Scott Graham
Attorney for Plaintiffs

/s/ George Killeen
George Killeen *(signature in file)*
Attorney for Defendant